The document originally associated with this docket entry has been deleted. Please see the docket entry text for further explanation.